THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 Donald W. Birch, Appellant,
 
 
 

v.

 
 
 
 Mail
 Contractors of America and Lumbermens Mutual Casualty, Respondents.
 
 
 

Appeal From Union County
 John C. Hayes, III, Circuit Court Judge
Unpublished Opinion No. 2008-UP-046
Submitted January 2, 2008  Filed January
 14, 2008
AFFIRMED

 
 
 
 G. William Thomason, of Greenwood, for Appellant.
 Jeffrey S. Jones, and Jason A. Griggs, both of Greenville, for
 Respondents.
 
 
 

PER CURIAM: 
 Donald Birch appeals the circuit courts order affirming the South Carolina
 Workers Compensation Commission (Appellate Panel).  Birch contends the circuit
 court erred in finding substantial evidence existed for the Appellate Panel to
 hold Birch did not sustain physical and permanent brain damage.  Birch also
 maintains the Panel erred in reversing the single commissioners finding of
 brain damage.  We affirm pursuant to Rule 220(b)(2), SCACR, and the following
 authorities:  Corbin v. Kohler Co., 351 S.C. 613, 617, 571 S.E.2d 92, 95 (Ct. App. 2002) (In an appeal from the Appellate Panel, neither this court nor the circuit
 court may substitute its judgment for that of the Appellate Panel as to the
 weight of the evidence on questions of fact, but it may reverse when the
 decision is affected by an error of law.); Lockridge v. Santens of
 Am., Inc., 344 S.C. 511, 515, 544
 S.E.2d 842, 844 (Ct. App. 2001) (Any review of the [Appellate Panels] factual
 findings is governed by the substantial evidence standard . . . Substantial
 evidence is evidence that, in viewing the record as a whole, would allow reasonable
 minds to reach the same conclusion that the [Appellate Panel] reached.); Rodney
 v. Michelin Tire Corp., 320 S.C. 515,
 517, 466 S.E.2d 357, 358 (1996) (Arguments not raised to the workers
 compensation commission or to the circuit court are not preserved for appeal.).
AFFIRMED.[1]  
HEARN, C.J., and KITTREDGE and THOMAS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.